187 So. 503

### Ex parte COUNTY COMMISSION OF JEFFERSON COUNTY.

### COOPER v. STATE.

#### 6 Div. 457.

Supreme Court of Alabama.

Feb. 9, 1939.

Rehearing Denied March 30, 1939.

Geo. Lewis Bailes, Solicitor, and Robt. G. Tate, Dep. Solicitor, both of Birmingham, for the motion.

Jerome Phillips, of Birmingham, opposed.

PER CURIAM.

Petition of the County Commission of Jefferson County, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Cooper v. State, 187 So. 500.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.